# EXHIBIT B

| | |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**<br><br>Fifth Third Bank, National Association,<br><br>Plaintiff,<br><br>v.<br><br>Planter, Inc., and Eric. E. Priceman,<br><br>Defendants. | Doc#. 2401241134 Fee: $88.00<br>Karen A. Yarbrough<br>Cook County Clerk<br>Date: 01/12/2024 12:18 PM Pg: 1 of 1<br><br><br><br><br>Recorder's Stamp |

Case No. 1:23-cv-4194

## RECORDABLE MEMORANDUM OF JUDGMENT

On December 13, 2023, judgment was entered in this court in favor of the Plaintiff Fifth Third Bank, National Association, and against Defendant Planter, Inc., whose address is 2610 Lake Cook Rd., Ste. 200, Riverwoods, IL 60015, and against Defendant Eric E. Priceman, whose address is 1143 Woodbine Ave, Oak Park, IL 60302, in the amount of $394,963.52, plus interest per statute.

Dated: January 9, 2024

_Nancy L. Maldonado_
The Honorable Nancy L. Maldonado