**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Fifth Third Bank, National Association, | |
| Plaintiff, | Case No. 1:24-cv-09027 |
| v. | Property Address: |
| Eric Priceman and Kathleen Priceman, | 1143 Woodbine Ave. |
| Defendants. | Oak Park, IL 60302 |

<u>**SUPPLEMENTAL STATUS REPORT**</u>

Pursuant to this Court's Docket Entry of Wednesday, April 16, 2025 [Dkt. 21], Fifth Third Bank, National Association ("<u>Fifth Third</u>"), Eric Priceman and Kathleen Priceman (the "<u>Pricemans</u>" and collectively with Fifth Third, the "<u>Parties</u>") submit the following Supplemental Status Report:

1. **The Progress of Discovery**: The parties have completed written discovery.

2. **The State of Settlement Discussions**: The parties have reached an impasse on settlement talks and plan to proceed with this case. A settlement conference is not requested at this time. However, the parties will continue to explore settlement opportunities and will contact the court for a settlement conference if/when required. Fifth Third intends to proceed with the filing of a Rule 56 motion.

3. **Other Matters**: None at this time.

Dated: May 6, 2025                              Respectfully submitted,

*/s/ Alexander N. Wright*                       */s/ Lester A. Ottenheimer*
Alexander N. Wright (6314304)          Lester A. Ottenheimer, III
DINSMORE & SHOHL LLP                    Ottenheimer Law Group, LLC
222 W. Adams Street, Suite 3400       750 Lake Cook Road, Suite 160
Chicago, IL 60606                            Buffalo Grove, Illinois 60089
Tel: (312) 837-4322                          Tel: (847) 520-9400
E-mail: Alexander.Wright@dinsmore.com   E-mail: Lottenheimer@olawgroup.com
*Attorneys for Fifth Third Bank, National*   *Attorney for Eric and Kathleen Priceman*
*Association*