**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Fifth Third Bank, National Association
                                           Plaintiff,

v.                                                           Case No.: 1:24−cv−09027
                                                                   Honorable John J. Tharp Jr.

Eric Priceman, et al.
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held and continued upon the plaintiff's unopposed request to 10/14/25 at 9:00 a.m. by phone. Plaintiff's counsel granted leave to file motion to withdraw. In advance of the telephone conference, all parties and/or counsel for the parties will receive a Webex link via email to participate in the remote telephone conference. Members of the public who wish to listen to the proceedings may contact the Courtroom Deputy to receive a link to connect to the conference. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.